UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAVID JONES,

                              Plaintiff,

                -against-

JOHN A GRAMBLING, JR.

                              Defendant.

Civil Case Number:
03-cv-1244

(TJM/DRH)

---

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered and docketed in the above-entitled action on February 2, 2002, in the Clerk's Office of the United States District Court for the Northern District of New York, under Civil Case Number 03-cv-1244, in favor of the plaintiff, David Jones, and against the defendant, John A. Grambling, Jr., in the amount of $155,811.67, and

WHEREAS, said judgment was fully paid and satisfied on the execution of this Satisfaction of Judgment and no sums remain due and owing, and

THEREFORE, full satisfaction of this judgment is hereby acknowledged, and the Clerk of the United States District Court for the Northern District of New York is hereby authorized and directed to make an entry of this satisfaction upon the record.

DATED: Feb. 16, 2006

James B. Glucksman, Esq.
Bar Roll. 509660
Rattet, Pasterenak & Gordon
   Oliver, LLP
Attorneys to Plaintiff David Jones
550 Mamaroneck Ave.
Harrison, New York 10528

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF WESTCHESTER)

On February 16, 2006, before me, the subscriber, personally appeared JAMES B. GLUCKSMAN, to me known and known to me to be the same person described in and who executed the within instrument, and he acknowledged to me that he executed the same.

_____
Notary Public

JONATHAN S. PASTERNAK
NOTARY PUBLIC, State of New York
No. 4967781
Qualified in Westchester County
Commission Expires June 4, 2006